FILED

Joseph Patrick Hannan

138 South Valencia Ave, Unit G

Glendora, CA 91741

TeL: 626 594 0052

Email: submarinecap@aol.com

In Pro Per

2022 JUN 14  AM 11: 12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOSEPH PATRICK HANNAN

Plaintiff

v.

County of Los Angeles: Los Angeles

County Fire Dept; Captain James Barnes

Defendant(s).

CASE NUMBER: ACV22-4058-MCS-KES

To be supplied by the Clerk of
The United States District Court

COMPLAINT

4TH AMENDMENT VIOLATION

**1:**   Invasion of Privacy: Fourth Amendment Violation by governmental employee or agent of the government violating an individual's reasonable expectation of privacy.

**2:**   "Bivens Action": 42 U.S.C. § 1983 : Section 1983 provides the right to sue state government employees and others acting "under color of state law" for civil rights violations

**3:**   Intentional affliction of emotional distress: 18 U.S. Code § 2340

**4:**   Discrimination.

**5:**   Negligence.

**6:**   Retaliation: 42 U.S. Code § 12203

# Cover Sheet:

### *Contains as follows:...*

## Page: 1:  Action

## Page 2: Juristiction and Venue

## Page 3: Cause For Action

## Page 4: Cause for Complaint: ie: 1 to 6: as follows:

**Page 4:**  - #1: Invasion of Privacy: Fourth Amendment Violation by governmental employee or agent of the government violating an individual's reasonable expectation of privacy.

**Page 8:**  - #2:  "Bivens Action": 42 U.S.C. § 1983 : Section 1983 provides the right to sue state government employees and others acting "under color of state law" for civil rights violations.

**Page 16:** -  #3: Intentional affliction of emotional distress: 18 U.S. Code § 2340

**Page 18:**  - #4: Discrimination.

**Page 19:** - #5: Negligence

**Page 20:** - #6: Retaliation

**Page: 20:** - "Time after the incident"

**<=+=>**

1

# Joseph Patrick Hannan

## v

# County of Los Angeles:  Los Angeles County Fire Dept ; Fire Dept Captain James Barnes.

# **Action**

**The Plaintiff - Joseph Patrick Hannan (Plaintiff) brings this action against defendants County of Los Angeles (the "County") , the Los Angeles County Fire Dept and with County and The Fire Dept the defendant, Captain James Barnes seeking damages to remedy violations of rights under the United States Constitution and under "Bivens Action": 42 U.S.C. § 1983 : Section 1983 and for negligence, discrimination, retaliation,  intentional infliction of emotional distress : 18 U.S. Code § 2340 and invasion of privacy pusuant to California Law.**

--------------

## DEMAND FOR JURY TRIAL

**I would like a Jury. I am seeking $180,000 in Damages.**

Enclosed/Attached is the Claim I sent to County in which I explained my Health Conditions - Physical and Mental and how it is difficult to manage Mental Health & Physical illness combined.  All of these were affected.  I allso suffer from Arnold Chiari Malformation which is another consideration.  This incident affected Me both Mentaly and Physically.  I was 'thrown' by it and the affect of it is ongoing.  As expressed in the Claim sent to County I thought long and hard and arrived at what I

1

consider to be all things considered a modest amount that provided for some closure and some solution.  Frankly I was suprised given the Facts of the situation when it was refused: (Pls. see letters from County Councel lawyers.)

**Thankyou.**

----------

# Juristiction and Venue

This Court has juristiction over all causes of action asserted in this compliant pusuant to California Constitution Article V1,section 10, and California Code of Civil Procedure section 410.10, because no cause of action contained herein is given by statute to other trial courts and the amount in controversy exceeds $25.000.

Venue in this Court is proper pusuant to California Code of Civil Procedure sections 393, 394, and 395 because Defendants in this action are public officers and public agencies situated in Los Angeles County and because,  on information and belief, all of the acts or omissions complained of in this Complaint took place in Los Angeles County.

----------

2

Plaintiff alleges, on personal knowledge as himself and information and belief as to others as follows:

# <u>Cause for Action</u>

<u>1</u>:    Invasion of Privacy: Fourth Amendment Violation by governmental employee or agent of the government violating an individual's reasonable expectation of privacy.

<u>2</u>:    "Bivens Action": 42 U.S.C. § 1983 : Section 1983 provides the right to sue state government employees and others acting "under color of state law" for civil rights violations

<u>3</u>:    Intentional affliction of emotional distress: 18 U.S. Code § 2340

<u>4</u>:    Discrimination.

<u>5</u>:    Negligence.

<u>6</u>:    Retaliation: 42 U.S. Code § 12203

---------------

# <u>Cause for Complaint:</u>

## <u>1</u>: Violation of Fourth Amendment:

My fourth amendment rights were **<u>VIOLATED</u>** . ie/eg: A <u>search</u> under Fourth Amendment occurs when a governmental employee or agent of the government **<u>violates an individual's reasonable expectation of privacy</u>**: Thus:

My rights under the Fourth Amendment were violated when Captain Barnes as a Captain in the Los Angeles County Fire Dept used his authority as represented by badge and uniform to enter my premises unannounced and without invitation and  invasively search and violate my reasonable expectation of privacy and in doing so humiliate and hurt me. He did that aggressively with applied and determined intent and used his badge and uniform as a means to do so.

He disregarded and broke through covid barriers and with applied speed entered (charged/raced into) my warehouse premise's without notice or announcement or permission and when <u>peacefully</u> (asked) confronted over what he was doing he aggressively announced without <u>ANY</u> qualification that he was conducting a **"*Full*"** 'inspection' of **"*Everything!*"**.

He planned to do what he liked and what he wanted to do. All 6 feet 7" or so of him.  A Big Fella on a Mission.  I am 66 Years old with some serious physical health conditions and some mental health problems including <u>Physical</u> (Brain Malformation) Mental Health problem as well as non Phyisical Mental health Problems and I am afraid of covid and mad people

4

dressed in uniforms.

I had no choice. He **TAKES** my choice of Peace and Quite and the serenity of it as provided by **The Constitution of The United States**. He took that from me by using brute size and muscle and combining that with Uniform and Badge.  He then proceeded to **DESTROY** my peace of mind and sense of security and right to privacy provided me and protected by The Constitution.

He was on a preordained mission - A SELF ordained mission with intent contained. A destructive one. Authorised by the abusive use of Uniform and Badge. Where does that end?

There was no stopping Him. I could not stop him.  The young Fire Fighter with him could not stop him. He had Size and Authority and a Captains Badge and he used applied aggression. Determined.

So I let him - as I explained in my Claim (neccessarily) filed to County.  I let him.  No Choice.  When confonted with the brute force of it. So...that said:....

He then proceeded to ransack rummage search through Box's and Bins...'picking' and examining small individual items out from inside storage box's,,,('What is he doing' I thought) ... and then when I went back down to him he went to a area I had described to him as "**Kinda Private**" and aggressively rummage searched shelves and box's including a tote that contained my personal travel bags containing personal things (eg: passport/green Card/personal private items, family pictures and such , etc). He rummaged through lifting up the bags and searching beneath each item and under and through till to bottom.  This was not a "inspection". This was a aggressively **invasive** Search. He continued with this search and would have done more but on seeing him go into the Tote and rummage though my Private Bags etc I said: "**Enough - Get Out!**".  See the notes please as well as notes on the Claim I filed with County as per required procedure:

Thankyou.

Captain Barnes invaded my privacy by entering the way he did in the manner he did and by aggressively invading and searching with no regard to privacy or the hurt and pain and suffering he was causing..

When I pointed out that a area was **"kinda private"** he went directly (immediately) to and.. <u>into</u> that area and searched through my private belongings and invaded my privacy.  I looked at this and tried to remain calm. All I did was turn the light off above the 'bed'.  He turned to Me and aggressively said: ***"Why'd ya turn the light off!"*** . This was delivered more as a snarling challenging exclamation than reasonable or civil question. None the less I answered and said: **"Your Humiliating Me."**

Note:  Please see details attached provided of complaint sent to County.

As He continued to rifle through my life I layed on the bed and undid my belt...and referenced what he said about **"Everything"**.

So I undid my belt and said: (I was now <u>angry</u> at having to watch him feverishly <u>tear</u> through my privacy ) - I was angry and for the moment not afraid: So I layed on <u>my</u> 'Bed', undid <u>my</u> belt and I said: " **OK..You wanna inspect EVERYTHING - inspect this!"**...My object was to demonstratively show him my protruding hernia's. I stopped before revealing anything.  As I looked at him feverishly rummaging through My Life - I said: **"Enough - Get Out!"**. Fairly assertively.  He is a 6.ft 7" tall Mad Man Fighter and I am a frail and frightened 66 year old with some serious health problems.  But there is a point. You know - when one has to draw the line and say - Enough.

He <u>could</u> have reasonably asked why I thought that area **"kinda private"** and I would have told him. But no...He was on a determined mission of his own and had no other concern - not as a Person - Not as a Fire Dept Captain - not as a Human Being.  Not as a person wearing a Uniform. There was <u>nothing</u> that he was doing or saying that was representative of the Values

6

of the Uniform and what it represented. He was 'out of control'.

Captain Barnes response to my saying its a "**Kinda Private area**" was <u>not</u> to inquire why or ask reasonably for a reasonable response. If he had I would have explained. But instead he took my (defensively demure )"**kinda private**" and out of concern 'meakness' faced with his in my face brute aggression as reason and purpose for him to go <u>immediately</u> and <u>straight</u> to that area and <u>aggressively invade, search, violate and rummage</u>.

When I finaly asked him to stop He made a nasty sneer of a remark about what He called "***These People***".   When He said that as he left the area I (<u>did</u>) reference Medical Condition and <u>need</u> to lie down but that again  (the first of two time's) he was directly made aware of illness  <u>did not stop</u> his abuse and he <u>continued</u> to abuse before I said: "**I don't feel Good. I need to sit down**". Lieing down no longer being a option.

He then launched a since all else had failed floundering but determined and meant to intimidate nonsensical attack over <u>City Licence's</u> which have <u>nothing</u> to do with a "Fire Inspection".  <u>Especially</u> not a Community Service Friendly natured one of this type and kind. And in fact <u>detract's </u>from the point of one.

Maybe he better go - but no - and sure as heck not before 'firing off'. Oh No. He was fired <u>UP</u> and he was gonna fire <u>OFF</u> - by hook or by crook.

*'Business Licences. Lets get im on that. Lets gang up here - I feel a bit isolated - Call the City!  - I'll just step back here a bit..lose my self in a misty crowd of Self Rightousness - I don't like the light!.. its transparent! - Oh no - Looks like ...Accountability !!!...Get me out of here, Fast!~!...Run!...Look out! - Look out!!... I need to escape! Jack Lightning? What do I do!?'... Jack Lightning? '*

He is now Desperately Floundering and Flailing..cornered.. so he offers "Gift" followed by more desperate threat and retaliation and speeds off

7

quick as his legs can carry him.

---------

## 2: "Bivens Action": 42 U.S.C. § 1983 : Section 1983 provides an individual the right to sue state government employees and others acting "under color of state law" for civil rights violations:

My rights under the Fourth Amendment were violated when Captain Barnes as a Captain in the Los Angeles County Fire Dept used His authority as represented by badge and uniform to enter my premises without invitation and against my wishes and with use of intimidation and through abuse of uniform invasively search and agressively violate my reasonable expectation of privacy.

He displayed no regard for social distancing or covid barriers after entering un invited and un announced. No respect for Me as a Citizen and no respect for My rights.   Dis Respect for Me as a Person and Dis Respect and no regard for My Rights as a Citizen or person. To him I was/am 'dirt'.  He displayed dis Respect for **The United States Constitution** and what that contains. And he did that whilst wearing the Uniform of a Captain in the **Los Angeles County** Fire Dept. He exploited the power of that uniform for his own purpose and in doing so abused that uniform and badge. He used (abused) that uniform under the pretext of a "inspection" to violate my civil rights.  Specifically but not limited to my rights under the fourth amendment.

Captain Barnes did not provide ID when asked saying he did not have to or need to cos he had "This!". ie: "**I Have this!**"..as he assertively tugged forward and pulled on his uniform badge his eyes glaring mad.. His manner was negligently abusive and aggressive and final.  He did not conduct any

"fire inspection" <u>untill</u> I asked him to in a attempt to stop his personal attack on me and <u>steer him away</u> from abusive behaviour and aggressive attack. **"Why don't you do a  Fire inspection?"** I said.."**Look - I have new extinquishers**"..gesturing to the new extinquishers on the wall. I was made sick at that point. When he did <u>eventually</u> start to 'conduct' a so called "fire inspection" he abused even that <u>simple process</u>.

I have  <u>30 Years</u> or so of Experience of "Fire Inspections" in Warehouse and Factory as I have run Business in Los Angeles.. and many (decades) Years of "Fire inspection" experience in the one we are now talking about. I allso know a bit about uniforms.

Its a straightforward  <u>service</u> "inspection" provided by the Fire Dept. usually accompanied with smiles and pats on the back appreciation etc.

A community service provided by the Fire Dept meant to help and intended to help the community stay safe.  Not a 007 'licence' to attack, rummage and damage and insert fear of uniform into the community. Its supposed to be a community based service type of 'inspection' with corrective advise as needed and not one to be scared or fearfull of...or...<u>the whole point is defeated</u>.

These 'inspections' are not meant to scare or frighten.  They are meant to 'help'. This was abuse of uniform and abuse of Citizen. A abuse of power and position. There was no community service involved in this and all it served to do was create 'fear of uniform' and divide the Community. As when People see a uniform and run or lock their Doors. Or Worst. Its a bad thing and can create even bigger problems. Serious Problems. For everyone.  Fire Fighters included as well as the Community.  Its a insult to anyone who wears or has worn a Uniform in Service to The People as in "The People" as referenced in The United states Constitution. Its a Shame. Who bares the Shame?  The People and the Good officers who wear Uniforms.  This is insult to all. And Negative to all in The Community. It

9

breaks and divides and endangers.

Note: I have NEVER been subject in ALL of those 30 years to a "Second Check".  Never mind Three. Huh. This is my first in more than thirty years!. Or first and only ever.

So it is odd and un usual. **Very**. Strikingly so. And then with that along comes Captain Barnes.."*Are You Joe Hannan*?" - & *"Just the Guy I am looking for!"...."These People"... "These things"...*  So in his own words - He came looking for Me. He was on a pre meditated mission. No question. And - less I forget - there were THREE inspections..not TWO...3!..Can someone please explain that. Whats that I hear?  The sound of Crickets.

Pls note:  I have never met Captain Barnes over those thirty years. He said he had been with the Dept for 30 years.  I first rented the warehouse he 'visited' around thirty years ago, I am 66 and not naively innocent.  Old age is the price: I'd rather be innocent. BUT - I have experience of things: It is unusual for a Fire Captain to do these community friendly (When we have nothing more important to do) "inspections" : His "leadership" is needed more importantly elsewhere or at the Fire Station..where he runs the show. Leads it. It is even more UN usual for a Fire Captain to do this and bring with him the EXTRA LONG LADDER Engine.

To avoid mis -understanding - Not the usual Long Ladder engine one see's out and about. **THE** Long Ladder engine needed for Sky Scrapers or TALL stuff etc. The one that you can barely turn a corner in. THAT one.  I think Glendora has one of these? Two? There it is..sitting there.. in the middle of a Friday busy Business Car park..blocked in with no speedy way out..There it is..this massive asset..pride of the fleet. And with it: The Captain. All of this resource for ME. And he brings along wih him on this Joy Ride a Young Fire Fighter - presumably to show him how he gets things done or how tough he is. That's a real shame.  To set that kind of example. The Young Fire Fighter seemed like a Good Person and for the most part 'stood back' during all of this.  At this point of my understanding: I have no complaint

about him and felt sorry for him - that he had been brought into this situation by his Captain.. apparently.. early in his career. I wish him the best and a successfull career in the Fire dept. and I ask the Fire Dept to <u>treat him well</u>. Please.

All of this for...what? All of this energy and equipment.

For the second part of a community service "Fire Inspection"?. Really?. Hmm. What happens if the fire bell rings?  No Crew Captain - No extra long ladder engine.  Where is that resource?  Its <u>stuck</u> over here <u>jammed</u> between cars on a busy end of week friday. <u>Stuck</u> in the middle of a car park intersection with no way out. Where's the Captain? He's rummaging through my life and attacking me in the back of my warehouse making crappy remark about  ***"These People".*** Service? Huh.

Anyway - no matter how you look at it - Thats a <u>dangerous</u> and abusive mis use of resource and County Fire Dept asset. Negligence. Thats not service to community. Thats <u>Dis service</u> and abuse of community and flagrant mis use of County equipment and asset. That engine is not meant for "Joy Rides". ie: The "Joy" Captain Barnes took from this.

The Fireman who came previously came in a <u>Car</u>. Sensibly used for this kind of community service inspection - He came <u>back</u> - **<u>after!!</u>** - the captain - <u>in same small white car</u> to <u>complete</u> the second part of the (his) 'inspection' - ie: The 'second' part - which he did.  He was <u>unaware</u> of the Captains 'visit'. **<u>The Captain came in between that</u>**. Apparently of his own volition and reason and for his OWN "joy ride' satisfaction and purpose.

Can some one please explain that?  Whats that? The sound of Crickets.

That makes **<u>no sense</u>** within the context of legitimate 'inspection' process. There were <u>three</u> inspections. (?!) THREE! <u>That</u> in and of itself requires transparent explanation and a review of the reports/paperwork etc. And perhaps even - Accountability.  I discussed this aspect with <u>County</u> but they have yet to 'get back to me'. <u>County</u> has not 'kept me up to date' as they

11

assured me they would and has provided no information on the internal investigation after Supervisor **Kathryn Barger** picking things up from a broken and frankly pathetic County F.D. process "System". Not even that it completed. They just left it and me and winded down the clock till I only had 1/3 days left to file a claim or be left stranded on a island with no recourse. And No Accountability brought. Fortunately I was able to file on time. Just or barely on final day - No thanks to County on that. They (**Kathryn Bargers Office**) knew that clock was winding down and were aware of what they were doing and said nothing. Deliberately and with meaningfull intent carrying impact and consequence. Hmm. Thanks County. Thats a bit like as we used to call it back home - "putting the boot in". ie: Kicking some one when they are down and defenseless. Not a Good thing. Bad.

Pls. keep in mind I have no experience of this type of thing. I am  Not a Lawyer. Huh. I have Never sued or been sued. I have (had) no knowledge of County "procedure". When I entered into 'discussion' with **L.A. County FD** and **Supervisor Kathryn Barger** I did so with innocent and extended **Good** Faith and Citizen Trust in honest and transparent leadership and caring authority.  My experience has left that trust and faith eroded and I feel I was abused and manipulated by process. So...Goodbye innocence. Hello Accountability.

I had noticed this massive extreme long engine smack bang in the intersection in the middle of the Business Car Park (On a busy business day Friday)..sitting there in the intersection of the park parked like a funfare spectacle ..boxed in by Cars and other. Surrounded. Huh.

I looked at that and thought: "Not a Good idea". Anyway - THATS not for Me I thought and went into my warehouse. Then a while later - curious - over spectacle - I went outside and peered in the direction of the engine. Then about 4/5 warehouse's along I saw two Firemen briskly striding toward - the taller one had a clip board and he waved it in the air and

shouted: ***"Are You Joe Hannan!?"***

'Hmm' I thought: **"Yes. I am".**

And then I went back into my warehouse through the larger W.H. door to get my masks and put them on. Thinking I would meet them (reasonable expectation) at the outside Office Door <u>which was open</u> and they would have to pass.  I entered the Office though the inside warehouse to office door -  I wore at that time Two masks due to fear of covid and pre existing conditions and my age.  **I <u>took and take and abide by Los Angeles County and Los Angeles County Health Department social distancing and covid rules very seriously!</u>**.

I had no time to even put one mask on before I saw through the interior office door the Captain flash past in a blur of blue.  Huh?!...: To my unexpected <u>shock</u> He had rushed <u>past</u> the outside Office Door. <u>Around</u> the Truck I had parked. <u>THEN</u> - confronted with Tables I had positioned as covid block and social distance positioned for tradesmen delivery etc he side way passed <u>around</u> them and disregarding obvious barriers sped <u>through</u> and literally <u>raced</u> to the back of the warehouse. He had to do this to enter and get it in. I suppose its not "breaking and entering" but he "broke through" anyway and entered whilst I was in the office preparing to meet him at Office Door which by the bye allso had some social distancing applied by the way of a small table cart at the entrance that provided about three feet of social distancing: ie: Each person stands on each side and then one gets about 6 ft.  note:  I had this social distance arrangment set up all <u>through</u> Covid and it worked well.  <u>EVERYONE</u> understood it on sight - ie: numerous tradesmen, delivery men, neighbours, sales solicitors, children (neighbours kids) etc..EVERYONE all through that <u>extended</u> time and especially THAT time <u>NEVER</u> did what Captain Barne's did or even anythng like it.  Only Captain Barnes.  As I can recall the younger Fireman with him had stopped near the door correctly. My attention was focused on the Captain who by now had arrived way deep at the back of the warehouse. So I walked down

toward him after hurridly putting on just one mask (no time for more).

When I got to him ..I asked him to please come to the front and I turned and walked back to the front <u>expecting</u> him to be behind me. But when I turned to look he was still at the back at the Warehouse and now picking items out of Box's..and looking at them..I thought..'what the..' and went back down to him.  I asked.."**What kind of inspection is this**?"..He leaned down and leared.."***A FULL inspection!***"......hearing this I asked.."**What are You inspecting?**",,,He leaned down again and with don't mess with me menace said: "***<u>Everything!!</u>***".

So ...

When He did 'conduct' a "inspection": it was <u>after</u> He had entered and searched as described and <u>after</u> I had 'guided' him BACK to front of warehouse having been forced to tell him to "get out" of the stockroom/rest area at the back.  He conducted the so called "inspection" **<u>after</u>** that and he did it begrudgingly and negligently and it was <u>full</u> of personal resentment and singled out discrimination : ....ie:

He first told Me the Extinquishers new (2) I purchased (according to FD guidance) were "***no good***" and demanded I buy a bigger more expensive one and he wrote the number of it down. The only object of this was to 'stick it to me'.  I responded by explaining I thought the extinquishers were OK/Good and that I had purchased them new<u> according to Fire Dept guidance instruction</u>. ie: rather than re tagging the older ones. ie: As the cost was close to same I purchased new and I purchased more than required: ie <u>2</u>: I allso purchased new smoke detectors and signs which were <u>not</u> asked for. ie: I had done <u>more</u> than asked for and done it well....so...

THEN he backtracked and said He would "***give***" me what he called a "***pass***" on the extinquisher and that I would have "***no inspection next year***".

Excuse me? The extinquishers are either <u>good or no good</u>. Simple. And the

14

frequency of any so called "inspection" is not down to what Captain Barnes wants to '**give**' or not 'give' depending on how He feels or how much he dislikes a Citizen and feels or does'nt feel like a Joy ride in the big red engine he use's as a Toy to take on Joy rides....  Neither is it or should it be used as <u>leverage</u> means to 'get out of' a situation that looks like it may lead to Accountability.

I think he did that cos he realised he had gone too far with the wrong person and was looking for a way out. In terms of fire inspection efficiacy and object he was abusively negligent. The "Fire inspection" was a pretext for a selectively discriminating attack War on me.  Guided by another hand?, I don't think so.  Pre Meditated - Yes. Bigotry? - Definitely. He announced it***..."These People - living in these things"***

The misuse of power and authority  'gift' he 'gave' me - ie: "***I am gonna <u>give</u> <u>you a pass</u>*** *and* ***"no inspection next year"*** was 'gave' to Me cos he sensed he had gone too far with the wrong person (The serious question raised here is what does he do or what <u>would</u> and what <u>may</u> he do with a person less able to defend..eg: A less able to defend and more sick and helpless homeless person suffering from Mental illness?) ..So - He sensed he had gone too far and he feared possible repercussion - (Accountability) so..he offered a "Gift" that he "gave" as he said as in "***I am gonna give You***". THEN he reinforced His self protection by <u>retaliating</u> with <u>Threat</u> as he stormed off (strode fast away) by turning and saying in threatening tone and manner: "***I can red tag Your Doors***".  On him saying that I fearfully inquired if he was "coming back" and he spun around and in assertive finality said :"***I don't have to - I can just pick up the phone and call The City***"...and sped off like Jack Lightning...

This is a analogical 'slick and shady' Dickensian Scoundrel kind of Character who uses 'trick's' ....eg/ie: advise's 'Jack' -  *'if you want to dominate some one You <u>beat them</u> and then You 'forgive' them and give them a sweet. Then as You leave You look them in the eye and You give them a hard slap*

*to make the point as to who is in charge or who is boss of things. This 'method' is all the more 'affective' if you wear a uniform. Even better if you wear a mask and are 6 foot 7" tall. ' ..says Jack as he leans back and puffs his cigar.*

## <u>3</u>: Intentional affliction of emotional distress: 18 U.S. Code § 2340:

This was a <u>intentional</u> invasive , aggressive and disturbing attack search by Captain Barnes  - a 'search to find and destroy' attack that was <u>intentional</u> and <u>intentionaly afflicted emotional and physical distress</u>.  Demonstrated by his words - actions and manner and the affect of it all on Me.  When I asked him what kind of inspection he was doing he leaned down into my face and venomously delivered "***A <u>FULL</u> inspection!***"   ie: "***Full***"...said with emphatic and menacing emphasis and then when I  asked what he was inspecting he leaned down ominously and directly into my face and venomously and conclusively asserted "***Everything!***".

As I explained in the complaint sent to County He was affectively saying..<u>communicating</u>...'Look at Me - I am BIG and I am in Uniform and I will do what I like how I like' and he used his Size (6.7) and venomous manner to lean down and aggressively assert this directly into my face (ie: about 2ft away from My nose) : ie: I would have felt his breath and spit except He had a mask on which added to the ominous threat of what he 'presented'. I still felt the 'heat' of it. I still felt the 'impact' of it. <u>Physical and Emotional Distress</u>. <u>Delivered</u> to me. <u>Afflicted</u> on me. I suffered the pain and illness that came out of that <u>affliction.</u> And I suffer it now and allways will.

This was <u>Menacing</u> and was intended to be Menacing and the affect was as intended: To menacingly and aggressively intimidate attack and impose on and deliver and **<u>afflict</u>**  what He <u>came to deliver</u>: **<u>Emotional and Physical</u>**

**Distress**.

Note too please: When I asked the Captain to "**Get Out!**: after He went into my "kinda private" area and rummage searched through very private belongings in tote He said: **"These People living in these things"** - I responded by saying "I need that Bed for Medical reasons" and I referenced Doctor..So at that point Captain Barnes was made <u>aware</u> I had Medical problems as declared.  I allso said "**I don't feel good and need to sit down**" shortly after...But even then and after He recieved that information/communication He continued to attack and **aflict** - **Emotional and Physical distress** - directly **aflicted** or causing Me to be emotionaly and physically sick.  Despite being made aware of illness and need...twice...

He <u>continued</u> to abuse and afflict and then finished with applied threat over business licence (As he could not 'find' anything else by searching) and he delivered <u>afflicting</u> threat to red tag/lock and close (<u>Destroy</u>) My Business and so on.  Of course that will afflict emotional and physical distress. Its a threat to Me and My Business. My Life.

**<u>This clearly contains intended and deliberate infliction of Physical and Emotional distress.</u>**

Delivered with the intent to <u>intimidate</u> bolstered by his abuse of the authority of his uniform and badge which He abused and exploited with intent to intimidate, discriminate against and directly **afflict and inflict hurt and emotional and physical damage**.

He was clearly '<u>out to get Me</u>' and used everything He had at his disposal including authority of uniform and position as well as physical size and aggression and threat and "gift" and intimidation to achieve that end. Anything he could put his hands on he grabbed and used.

### <u>4</u>: Discrimination:

When I told Him to "**Get Out**" and as he left the area searched...Captain Barnes said,,, or 'snarled'.."***These People living in these things***".  That was delivered with snearful distain, contempt and venom.  He demonstrated extreme <u>discriminating and prejudicial personal dislike</u> and <u>contempt</u> for what He disciminatingly called and himself defined as  "***<u>These People</u>***". His words whilst wearing Uniform and Badge.

His actions were <u>discriminating</u> in so much as He <u>chose</u> Me and <u>targeted</u> me (Before He came here) and <u>singled Me out</u> to <u>discriminate</u> against as I was/am in his mind and through his eyes <u>very representive</u> of "***These People***.."....hmm..and maybe he's right.....

Maybe I <u>**am**</u> representative of "**These people**".."<u>**THE**</u> People". ie: '<u>**Part**</u>' of "<u>**The People**</u>" are.. "<u>**These**</u> People" he referenced the way he did.

The People as represented as "**The People**" in **The United States Constitution.**  If I am representative of <u>those</u> People..."**These People**"..<u>part</u> <u>of</u> "**The People**"...then so be it.  The flag of <u>**The United States Constitution**</u> is a flag I can wave. And the badge of "**The People**" is a badge I can wear.

Even for "**These People**" - The Homeless - Those struggling with Mental Health Difficulty - The Poor - The Unfortunate - The Old - The Weak - Those amongst <u>Us</u> who suffer and struggle - often through no fault of theirs. The list is <u>long</u> and sad. And too often Tragic. These People...

These People are part of The People. And perhaps the part that the founders had most in mind when They wrote: **The United States Constitution.**

I have <u>through experience</u> and character a <u>**particular empathy**</u> for those amongst <u>Us</u> - <u>**We The People**</u> who suffer mental illness and homelessness in combination. <u>These people</u>. As the Captain spat: "***These People"...***or fully**...**as he contemptuously sneered*..."**These People..living in these**

***things".***

If I can help in particular "**These People**" then I will.  If I can represent "**These People**" in a GOOD way and some how HELP them - I will. So - Yeah - I <u>am</u> 'representative' of "These People" and I will defend Them against Attack by "people" like Captain Barnes. Especially uniformed attack from those who are paid to protect and pledge to serve the very People they attack.

His 'dislike' of "***These People***" as characterised and demonstrated by him is what <u>drove</u> Him to attack me.  That and the pride and satisfaction he took from it.  This was a 'joy ride' for him so he took along his biggest toy. For Him - doing this was like a 'badge of honor' he could display and show off to like minded others and hey - If he actually did find anything during this he can show/display that off as well and be applauded and rewarded. -  He seems torn.  He does not seem to understand or appreciate his vocation.

He did this whilst using and abusing the authority of the Uniform and rank he wore. This Discrimination clearly manifested itself in action and words ..eg: when he leaned down from 6.7 ft and glared menacingly in My face. His eyes full of it and dripping from his mouth and words. eg: "***A FULL inspection***" and "***Everything!!***" and "***These People living in these things***".


## <u>5</u>:  Negligence:

Captain Barnes disregarded the Covid Barriers set up for Social Distancing and went purposely around them and by them and sped to the back of the Warehouse before I even had opportunity to put Mask on (Note: I am 66 Years old and suffer multiple pre existing conditions and wear or wore Two Masks and had covid barriers in place).  He did not observe or attempt to practice social distancing rules. He was dangerously Negligent over Covid Rules.  He was allso Negligent in His duty as a Fire Captain.  And Negligent

in His Duty as a Fireman wearing The County Fire Dept Uniform and the badge of a Captain. So - Multiple Negligence splattered everywhere and in different forms manifested.  Very Careless.  Blankedly dismissive of Care. Negligent. And Arrogant about it.


**6:  Retaliation: 42 U.S. Code § 12203:**

When confronted Captain Barnes **retaliated with threat**.  The object being intimidation. To avoid Accountability. Because I confronted him he perceived possible problem so He determined to 'protect himself' by use of intimidation through retaliatory threat. He threatened me over "business licence" repeatedly demanding that I put it .."*on the Wall!*".  That was retaliation. I explained my position on that and He responded with aggressive threat about calling "*The City*" with intent to intimidate as detailed": that was retaliation and ie: "*I can red tag your doors".* That was Retaliation out of fear of accountability. ie: I just have to pick up the Phone to hurt You. Thats use of Authority retaliation to intimidate to avoid Accountability.


---------------------


# Time after the incident.


On the Monday following the incident I tried to reach out to The Fire Dept. When asked Captain Barnes had <u>provided</u> a phone number but when I called it I got what seemed to be a private message machine asking that the caller leave a message. Seemed like a number used to "soak up things" and avoid Accountability.  If it looks like a 'problem' over Accountability give em

that number...soak it up..give em a brick wall. This seemed very odd and confused me.  I dialed it again thinking I may have mis dialed. Nope. No mention of Fire Dept.  When I spoke to the Glendora Fire dept on the official number I was told that the number I was given was "another number" for the dept.   I had difficulty getting through to anyone in Authority.  I could not reach Senior Chief or Commanding Officer of the Glendora Fire Dept  - I could not even find a way to 'identify' - no where to be found - and since this was about a Captain I was reluctant to speak to a Captain. But apparently the Glendora Fire Dept is 'run" by the Captain on duty at any given time.  So eventually I spoke to the Senior Officer available at Glendora who was a Captain: A **Captain Max Diamond**.  (Note: When I spoke with F.D. later they were not able to confirm a Captain Diamond being on duty but said that they would be able to (at My suggestion) do that by looking at the roster.  I have not heard more on that as of yet.  The sound of Crickets. Anyway I did have meaningfull and significant conversation with Captain Diamond and explained what had happened and that I would be speaking with **Chief Osby** (My Plan at the time). In my innocence I saught to contain and protect. So much for that. So I explained Chief Osby would no doubt be in touch.  Thats reflective of the Faith and Trust I had. Since eroded. This did not happen. I was prevented from speaking to Chief Osby by a inwardly concerned and failed Fire Dept System (see lengthy email evidence) that deliberately obstructed that attempt.   I spent Weeks attempting to speak to **Chief Osby** with Good reason and purpose in mind as object.  The System failed. Deliberately.

At that point **Supervisor Kathryn Bargers Office** took the situation over. FD had told Me the Situation was moved up for the attention of senior FD officers and that a **internal investigation** had been started.  **Kathryn Bargers** office confirmed that and said they would keep Me posted etc but that these internal investigations were private and took a long time. So I waited. Nothing was forthcoming after that.  Some email was exchanged between but mostly one worded and very little. The bulk was systematically

and obstructively ignored and communication was poor so nothing came from that (which was the object) and time was wasted.

As time was wasted and went by I was left with no time to use or spare or I would be left 'stranded on a island' with no recourse. So at that point I raced to file the (untill then un known) limited by time necessary Claim with LA County - with only a Day or 2 left. I had waited that long in Faith and Trust for some kind of response. I was **led to wait** that long. I was never advised/told of the need to file with County. I was told the Fire Dept "internal investigation" was private and given no details other than I would be kept updated. Each time I asked Kathryn Bargers Office the response when one was given was short and one worded..: "Recieved"..."Nothing yet".."Confirmed"... etc. ie: Sit and waste valuable time. Wind down the Clock. As of today I have no information provided Me as to the content or outcome or even the purpose of the "internal investigation". Nothing. In reality: It was as if They told me 'Ok - We'll do a internal investigation. Seeya' and then put down the phone and then never communicated again. Untill I got the golden letter from **Supervisor Kathryn Barger** later.

When I recieved a Letter from **Kathryn Barger** She said Her staff had ***"personally walked over"*** the claim so ***"based on that"*** I should address ***"all concerns"*** to County Councel Lawyers. Note: I later asked  Kathryn Barger if She had explained to "County Councel" that She and her Office had sat on My "Concerns" for six months and done nothing with them after taking "My Concerns" from The F.D. department after its System Failed? After I reached out in Good Faith to Chief Osby in a effort to protect and contain over the attack  in Glendora.  I asked Kathryn Barger if She had related that to County Council when My claim was ***"personally walked over"***

---



# COUNTY OF LOS ANGELES
## OFFICE OF THE COUNTY COUNSEL

648 KENNETH HAHN HALL OF ADMINISTRATION
500 WEST TEMPLE STREET
LOS ANGELES, CALIFORNIA 90012-2713

TELEPHONE
(213) 974-1913
FACSIMILE
(213) 687-8822
TDD
(213) 633-0901

RODRIGO A. CASTRO-SILVA
County Counsel

December 13, 2021

Joseph P. Hannan
P.O. Box 632
San Dimas, California 91773

**Re:** **Claim Presented:**          **October 1, 2021**
         **File Number:**              **21-4386876*001**

Dear Claimant:

Notice is hereby given that the claim that you presented to the County of Los Angeles, Board of Supervisors on **October 1, 2021**, was rejected by operation of law on **November 15, 2021**.  No further action will be taken on this matter.

## WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim.  See Government Code Section 945.6.

This time limitation applies only to causes of action for which Government Code Sections 900 - 915.4 require you to present a claim.  Other causes of action, including those arising under federal law, may have different time limitations.

HOA.103500844.1

Joseph P. Hannan
December 13, 2021
Page 2


     You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately.

            Very truly yours,

            RODRIGO A. CASTRO-SILVA
            County Counsel

By

            JOSEPH A. LANGTON
            Principal Deputy County Counsel
            Litigation Monitoring Team


JAL:nt

**PROOF OF SERVICE**

**File No. 21-4386876*001**

STATE OF CALIFORNIA, County of Los Angeles:

I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action.  My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713.

That on **December** $16$ **, 2021**, I served the attached

**NOTICE OF DENIAL LETTER**

upon Interested Party(ies) by placing ☒ the original ☐ a true copy thereof enclosed in a sealed envelope addressed ☒ as follows ☐ as stated on the attached service list:

> Joseph P. Hannan
> P.O. Box 632
> San Dimas, California 91773

☒   **By United States mail.**  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses on the attached service list (specify one):

(1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) ☒ placed the envelope for collection and mailing, following ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Los Angeles, California:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December** $16$ **, 2021**, at Los Angeles, California.

_____          _____
**(NAME OF DECLARANT)**                        **(SIGNATURE OF DECLARANT)**

HOA.103495172.1

**CLAIM.**

Broad and Serious Civil Rights Violation's including Violation of Constitutional Rights: Not Limited to but Specfic Relevant : eg: Fourth Amendment.

Deliberate and with intent Serious Physical and Mental Attack and Aggressive Attack/Assault and Rule & Rights  Breaking Entry without any Permission or any Announcement followed By a Forcefull and meant to intimidate and Fiercely Aggressive Search and Destroy Invasion on Me and in My Propery through Deliberately applied with intent to Hurt and Damage and intimidate and Control through Force of and Mis Use/Abuse of Fire Dept Authority and use of  Physical and Mental Harassment and Discrimination to Intimidate..Damage and Destroy.

Deliberate and with intent Aggressive Attack on Me and Deliberate and with intent Serious Infliction of Serious Emotional Distress and Deliberate and Aggressive Neglegence when entering Property and in Duty and Responsibility and Mis use abuse of Badge and Uniform Directly resulting in Seriously Affecting Humiliation, Seriously Affecting Emotional Distress and Seriously Affecting Mental Pain and Anquish and Physical and Mental Pain and Suffering.

**How Damage & Injury Ocurred & Damage : Re: # 8 on Form.**

**On Friday: April 2nd**

A Fireman came to My Warehouse about 2 Weeks previous to the 2nd April event  He was gonna return as per procedure for  a second inspection as per procedure.

Note: I have had this unit a long time having first leased it 30 years ago about. So: I have experience over 30 Years. Not just this unit but others in LA. In all my years I have never had a second check Fire inspection.  I allso like to dot my I's - and am pretty meticulous about these things.

So:  I was closed so would have to come in especially for the return check. So I got two new Fire Extinquishers (More than required) as well as not required smoke detectors and signs and Young Friends helped Me move weight around as I can not lift so as to get all ready.

So I know form 30 Years experience of these inspections that  its usual for them to come mid

1

dayish so I had been coming in - especially - late mornings till about 3.00 every day as no appointment is provided.  So: I was watching out for the expected second Visit.  I expected a Fire Dept Car as with first.

On 2nd April - a Week+ or so after the first inspection.

I was outside My Warehouse and I saw a Very Large ..THE Longest - Fire Engine parked in middle of Car Park. I Looked at it and thought ..can't be for Me ..They would not bring that. Understand there are different size engines. This is not the Big Fire Engine u normally see. Its the Massive/Extreme long one. I (think) there is just one (?) of these extended Ladder trucks in the Glendora Fleet?

And there it is: Sititng Larger than life in the middle of a crowded car park on a Friday.  Not a Good idea I thought. Its boxed in with no certain or direct way out. What if thats needed?  I Later considered. But AT the time I just thought: Well - THATS not for Me. Wonder what they are doing?

So I stared at it parked in centre of Car Park here and thought/concluded : "Well - THATS not for Me! - They would not bring that."  I allso thought: "Thats not a Good idea - parking it there".

Anyway - No - Not for Me I thought and went back in to Warehouse.

Then 10 minutes or so later..curious -  I went back outside and looked in direction of the LONG Truck.

About 80 feet in distance or about 4 Warehouse frontages distant I saw  Two Fire Men striding determined & very brisk toward Me. The Taller one had a raised Clip Board in His Hand and shouted...."**Are You Joe Hannan?".**

*"Yes I am"* I... replied.

**"Just the Guy I'm looking for!!"**..He shouted Triumphantly.

Hmm..I thought and...

I turned and went back into My Warehouse and into My Office so I could get my Mask.  Due to My age and Health I wear Two for Maximum protection. The Surgical Medical Blue Type and a Cotton Mask over it for added protection.

I expected to put My Mask's on and meet Them at The Door..but before I could even get My Mask on He (Captain Barnes) had entered through the Larger Door and went straight in very

2

Fast and went straight past the Office Door - around My Truck and went AROUND the Covid Barrier Tables and had went Very FAST straight to the back end of the Warehouse.

Without stopping at Door: Without Permission. Without Announcement: He went past and around Covid Barrrier's and Charged in. On a Mission.

During Me putting My Masks on in My Office.

He went PAST  the (Correct to stop) outside Office Door ..AROUND My Truck (Covid Barrier positioned ) where He would have been confronted with a Covid Barrier Table...so..He went straight AROUND the Table and STRAIGHT into The Warehouse and Fast Walk/Ran to the back end of The Warehouse.  He was "On a Mission"..Pre Meditated.

FAST. The  Warehouse is 50 Ft Long and He was approx 35/40 Feet into The Warehouse before I came out of The Office though the Warehouse Office Door having seen Him rush past.  I hurry fixed one mask on (No time for two) and went down there toward Him.

*"Can You please come up to the Front...."* I asked.

And He was now near the Very Back & peering there so/and I said..."And thats a kinda Private area"...

So then I turned and walked back to Front expecting Him to be behind Me but when I turned He was still down there and taking some things out of Box's and looking at them...examining.

I looked at that and thought .."What The..."

And went back down toward Him again: I asked: : *What Kind of Inspection is this?"*

He replied: **"A FULL inspection!".**   He stated emphatically - learing down at Me from 6.5 Tall menacingly. He meant business.

I asked: "*What are You inspecting*?"

He looked down at Me and replied: **"Everything!".**  He declared conclusively, threateningly.

Hmm..I thought. OK...So this Big 6 foot five  Guy is out of control and this Guy's gonna do what He wants/likes and is obviously out to "Get Me".  He is on a Mission. A Cooked up one. This is

3

Pre Meditated. He came in with Agenda.

So He is Big and Menacing and has agenda. So I better let him. I thought.

So I went around and past Him into the Private area and turned off the light above the Bed that is there.

**"Why'd You turn the light off?"** He said or demanded to know.

**"Your embarassing Me"** I said.

He then aggressively resumed His Search and widened the scope to everywhere/everything as He had said : ie: "Everything".

He was on a Pre Meditated Find and Destroy or find to destroy Mission and began to rifle through with sharp focus Search Lights etc and into corners etc and and then into Box's and even a Private Tote Box that contained My own very private bags I use for Travel etc with Passport etc in them. He went deep into this Tote container - lifting the Bags up etc and rummage SEARCHING underneath etc.

So I then layed on the Bench Bed..(It is a slim Shelve with a small Mattress on it to make a place to "lay".)

Note: I have surgery on "watchfull waiting" and need to lie down periodically during the course of the day to perform a Dr recommended Medical Maneuver and "push" & "massage" the hernia back into place etc. I have one on each side and one is not easy to manage. I allso sufffer badly from Mental Health difficulty eg: GAD/PTS so this area and small bench bed is allso used for Meditation I apply to Help with GAD & very serious Mental Health Difficulty and again I apply periodically. Sometimes I "rest" my Mind there. As well as a Body. So its a "Sanctuary" of sorts used like this in the course of the day.

My Mental Health Probems are serious and the most frightening to Me. I manage on a Day to Day basis and its hard - I detailed this in emails and on Phone. See my emails. You have them.

Everything is kinda "linked" so if one go's off there is a Domino affect so I try to be very Careful. I use this small area and the bench there to apply Care/Rest and apply Medical Procedure & to Help Me fight Mental Health Difficulty. There is just/only the bench and some Tylenol and Water. Thats all. Its a Stock Room principly.

I am resisting using Medication for Mental Health but its hard to manage without. This Attack made/makes it far harder. It Destroyed alot I had done and threw Me. Literally. Threw Me

4

DOWN and Backwards. I have said in the course of this in email You have - "No one who has never had Mental Health issues can ever truly understand them".

Upset and embarassed by the aggressive assault and intrusion into the area after My informing Him it was a Private area and watching him search and use flashlights in corner and crevis  I became very upset.

I layed on the bench and began to unbutton My Pants and said...

*"Ok..You wanna inspect "EVERYTHING"..inspect this!"* - The object being to show Him My protruding Hernia's.

He then said: **"These People living in these Things for Their Reasons"**...Said in a Discriminating Way with Negative Manner. ie: Definitely NOT "observational". Said or delivered with Negative and Spitefull discriminating Contempt.  This angered Me still more.

At which point I said. *"Ok..Enough....Get Out!".*

I followed The Captain & the other Fiefighter to the Front area of Warehouse.  I was then left stood between the two inside the  Warehouse near My Office area door. I asked the Captain for ID/Card and He responed by tugging on His Badge - and saying: **"I don't need one!. I've got this".**  I responded by saying:

*"Well - I happen to Know a bit about Uniforms & maybe You should go there in My Office (gesturing to the computer) and check Your Dept Policy on ID?"*

The Captain then turned and moved away from Office and demanded:  **"Where's Your Business Licence!?"**

I responded by saying: *"I don't need one..I am not open and this is storage"*

He said: **"Your supposed to have it on the Wall!"..**

I said:  **"I think I am OK but I'll check it"**

(Note: This Warehouse is not open and My Business is closed/not open. It is used for storage.

5

The City came by before has come by here & I have communicated that to them & they have acknowledged when here).

So then: I was feeling dizzy and not well. My Anxiety was kicking in and My Hernia was bulging dangerously - Note: If it strangulates its serious. I could Die. I would have to rush to Hospital and have emergency (Non Elective) Surgery or Die.

So it was bulging and growing and becoming Hard. As it does/will  when I become anxious stressed and remain standing. Thats why the bench is there etc.   I have Chronic Chrones Disease and that too was kicking in or "triggered". I am 65 Years old and was allso concerned about that and all the Upset Talking and non social distancing.  So..I could not go and lie down as I certainly should at that kind of point. So I said:

*"I need to sit down"* and unfolded a Chair and sat on it beside the covid barrier table He had went around and entered when I was in Office.  Before sitting I got pen & paper. While getting pen and paper from nearby Office before sitting I said: *"You broke Covid rules" - I was upset.*

**"We have masks!"** - He responded.

The Captain by this time had made his way to the other side of the Covid Barrier Table and was now just outside the Warehouse and standing tall.

*"What  is Your Name please?"* I asked - looking up at Him

**"James Barnes"** ----- He responded.

*"What is your rank?"* I asked.

**"Captain James Barnes "** He replied

*"How long have You been with the Fire Dept?"*

**"30 Years"** He responded.

What is Your Phone Number contact I asked:  He provided/said: **626 963 2737**

I called it over the Weekend and received a Message from "Cindy".  It did not sound "Fire Dept" like so I called again. Yep. Cindy Answer Machine.

6

I mentioned this when I gave a under duress made sick Statment on Phone to FD. I wonder what they are doing with all this info? Its a deflective number designed to"soak up" problems or complaint. The actual Fire Dept number is different & thats the one I used to speak with **"Max Diamond" : Who is Captain Max D.?**

**Back to Captain Barnes.**

I was made upset by this/His answers account and Him being a Captain as I know Captains and stood up and said:

*"Well. I have been here 30 Years & met lots of Firemen & have NEVER been treated in such a DISGUSTING way!!"*

The Captain responded to this with:

*"Well - Looks like You don't want a inspection. I'll just go to The City and be back with them!"*

I responded to this <u>Threat</u> with : *"Why don't You do a Fire inspection?"..."I have prepared for You - Look - there are the Fire Extinquishers I bought!"*

(Note: The First Fireman who had came about 2 Week previously told Me to correct Fire Extinquishers as the one I had needed "tagging". I had asked Him then if any special kind was needed and He indicacted not & He had recommended  - ie: Tagging is costly anyway etc and I was able to buy for less cost brand new ones.  I found this to be Good True advice and I actually bought 2 and I bought Smoke Detectors and I even put up signs not needed but Good etc. I was not just trying to comply. I was trying to please and doing more than necessary. I even put up a Old Vintage Fire Dept. sign to bring "Smiles". I have since removed that. Now when I look at it there is no smile brought.

So I drew The Captain attention to the New Purchased as needed Fire Extinquishers (2 not one) and He said: **"Too Small!!".**

*"Too Small?"* I said.

**"Yeah - You need BIGGER !!"**. He said.

**"What do I need?"** I replied.

He said some numbers related to a particular Fire Extinquisher and and then He wrote down the numbers on paper.

So then: The other Firefighter who I have NO complaint about stepped forward to look at Box

7

Access.  I had cleared that area as advised by First Firefighter.  The Young F.F was polite and explained I needed 3 ft clear in front of Box which I was not aware of. I have since corrected accordingly as I said I would and as noted by the other 3rd F.F. who came before the 2nd April invasion and after.

I then turned and found My Self again in front of The Captain.  Looking at Me: He announce's:

**" I'm gonna give You a Pass on the Fire Extinquishers. And no inspection next Year".**

I said nothing. <u>But in My Mind thought: "Pass?"…"They are either Good or No Good. Pass?"</u>

<u>Again I said nothing but in my mind thought" "No inspection next Year?. I had been led to understand there was inspection once a Year?" Now I get a "Pass"?</u>

Anyway: Having said that: He turns to leave: And says:

**"And make sure You get that Licence on the Wall!!"**

Startled and afraid I said: ***"Are You coming back..how do I do that for You?"***

To which He says:

**"I don't need to come back.  I can just call The City"** and He takes steps away & in final turns and says threatens….ie. After saying "I don't need to come back" - steps away and turns and follows with**..." I can red tag/lock Your Doors!!!"** (Threat).

With  that He briskly sped/rushed off.  All 6ft 5 of him. 6ft 6/7? I am 6ft and he loomed over Me. I am Old and 65 with Health Conditions in the middle of Covid.  He is a 6ft 6/7" (?) Tall Fire **FIGHTER out to GET Me.**


Made Sick. I retreated to The Bathroom where I was very Sick. I remained Very Sick the entire Day and next seriously affected. The next day was my  Birthday. We had arranged to celebrate that and with it my access to Medicare and urgently needed care. So that Night and the following  next day plans were all  cancelled. This Vicious Attack affected badly and affects badly on going. My Mental Health balance was turned upside down and Hernia and Chrones all seriously aggravated. I spent alot of time on the Floor. You don't want to hear the messy detail. I was made very sick.


On the Fifth I attempted to reach out for help.  I ended up speaking with Fire Captain Max Diamond and attempted communication. I indicated that I had communicated with the Office of The Fire Chief and that I expect He would call the Captian soon.  I gave details on this to The Fire

8

Dept later when they took a 6 page Statement to use for internal investigation.  There are ALOT of Email Letters sent before Phone Call in which the Statement was delivered.

I called on the 5th initially and on the 7th made "request" But that was apparently lost - pls see emails evidence etc so I made again on the 9th. The following Week I heard back but was unable or prevented by System failure over Weeks - again - lots of Mail to no avail - as detaiiled.

During all of this or about Two or so Weeks after the first Fireman visit - not the one on the 2nd. I was very suprised to see another Firman (in fact the same on that came the first time) show up and stand correctly in front: ie: Outside & on correct side of Covid break Table or Distancing Table/Barrier.

ONLY the Captain..broke through that and other barrier and CHARGED in!!

Note: Coivd has been arouind a while and NOT one single person ever misunderstood the Table. So as with everyone. eg: Postman/UPS/Fedex/Neighbours and whoever He presented correctly. But I was suprised.

So He completed the inspection He started and checked the New Extinquishers etc and completed.

I did ask Him if He knew anything about or had anything to do with the event on the 2nd and He said He did not.

So it was the usual kind of inspection and concluded. I have no complaint at this time to make about this Fireman or as I said any other. Only The Captain..

So.

As related I attempted to comunicate reach out to Chief Osby but could not cos the System Failed.

Eventually I could no longer suffer it after Weeks of applied effort/patience. Pls. see email evidence - there is ALOT.

So eventually I had to withraw my request to speak with The Chief.  So I then turned to Kathryn Barger's Office from which I recieved No Help or Response: See Emails. Many.

And after some time/emails was referred to Justice Deputy Christina M.  who provided Help on

9

Phone and through Email.

Time went on and was Wasted and on an on as I waited Patient. Then eventually I was left no option but to file claim. Here it is. Respectfully.

# 9/30/2021

# $180,000

It is difficult to put a number on this:  In terms of "Damage".  Certainly there is Damage and its intense and alot and spans and will affect My Life & Future - Alot.

Difficult to "Value" things like "Peace of Mind", State of Mental Health, "Fear" felt - Lost Trust and so on.  I know.

So I am not sure How one evaluate's these things but at same time I am not going to be random.  So:

I have explained My Health Conditions and how that was affected.  See info provided. What was done that Day Destroyed with Pre Meditated intent.

It destroyed the day to day balance I strive for with My GAD - PTS. Its very hard to get to a Good Balance when managing Mental Health & Physical illness combined.

I was "Thrown".

It seriously affected Me Physically - I ended up lieing in My own Vomit &

1

excrement on the Bathroom Floor.


My Trust in "Uniform" is irrevocably Damaged if not Destroyed - That alone is seriously affecting for rest of Life. I am left forever looking over My Shoulder and watching Doors fearfull of who will run through and attack. I do not "Trust" as I did. I no longer feel "safe" in My Warehouse I work in & now hesitate to leave Doors Open.


How much is the Loss or Destruction of Trust & Peace of Mind "Worth"?

I don't know.

I had waited till I was 65. ie: The day after the Attack on Me. So as I could get Medicare and better access the kind of Surgery I needed and wanted. My Birthday was designed to celebrate that and was the Next Day so We had planned to Celebrate.


Not so much being 65. Not sure thats cause for Celebration. But I was Happy to finaly have access to Medicare as it opened Doors to Care - I could better plan elective Surgery and Manage Mental Health better. So due to that rather than lament turning 65 I was Happy.

As far as Hernia Surgery: During "Watchfull Waiting" I had/have to prepare for that. I have to try not to do some things and try to do other - its a fine "Life Balance" to prepare & "Watch" whilst waiting.

Now I am made uncertain & fearfull. I am "thrown" back by Attack on Me. My GAD was sent - by the Attack though the roof. PTS same. My Hernia condition badly "triggered" & made worst. My Chrones escalated and made out of control Bad...and that all combine's & "Domino's" and

2

exsasperates dangerously.  Threatens.

There is serious Physical as well as Mental Health affect of The Attack on 2nd April.

Those  affects directly attributable to being Attacked like that on April 2nd by Uniform I was supposed to and led to believe I could Trust.

I need to be Mentaly prepared for Surgery as well as Physically and now I am not. I was. But now I am not - due directly to The Attack.

So: Its Difficult to "Add that Up".  But I will try to provide a real number that reflects and is modest & fact based & not just picked of a Tree like a Apple or plucked from The Sky.

But considered and Modest.  I am 65 and do not wish to spend Time in Court. Years?  I am sure/certain of The Outcome in that event but I do not want to spend Years in Courts when there are better things to do with what remains of My Life.

So:

I do not want to be forced to Court. I Hope We can agree/Settle/Conclude without Lawyers.

For obvious reasons. I do not just not like Court.  I have GAD and Mental Health to consider.

If this does end up in Court and frankly I am fearful that it will - then

3

there will of course be alot of Cost as well as other consideration : ie: I do not yet know what type of way this will be filed in Court as I am not a Lawyer. And I do not know the Legal exact.  I suppose there are different ways this can/could go to court. But - as I have said: I do not want to be forced to Court.

But Common sense tells Us it will be more difficult to resolve.  And I have expressed that as well as my Dis inlination for use of Lawyers and Courts.

With that Good Purpose in Mind I am trying to be Modest and provide what I think is the <u>lowest</u> claim I can make that is "acceptable" & facilitate easier resolution & provide for comfort of "Closure" through this Process. ie: Not a Legal one.

In otherwords try to "End" this as best as I can. And with "Closure" move on.  And be allowed to "Get Better" and live Life.

So: Trust Me: Wanting solution - I thought Long & Hard prior to arriving at a amount I deem "acceptable" and did not "pull it out of a Hat" & its not carelessly arrived at. Its considered. I attempted to go low as I can for the Good reasons related.

I have repeatedly said I do not want to be push compelled forced into Court.

So: <u>DAMAGES CLAIM ANOUNT.</u>

Given the serious Damage - Mental and Physical and the SIGNIFICANT known and unknown future affect as well as the Known -By Me as I experience:

**The Claim amount is:: $180,000.**

# TOTAL CLAIM AMOUNT PROSPECTIVE INCLUDED: $180,000