UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PATRICK HANNAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY FIRE DEPT., et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-04058-MCS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 87).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

　　IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment (Dkt. 71) be GRANTED as to Defendant County of Los Angeles but DENIED as to Defendant Captain Barnes.

DATED: January 14, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE