JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Patrick Hannan,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>County of Los Angeles Fire Department, Captain James Barnes,<br><br>　　　　　Defendants. | Case No. 2:22-cv-04058-MCS-KESx<br><br>**JUDGMENT** |

1

1     Pursuant to the Court's Order Dismissing Case, it is ordered, adjudged, and
2 decreed that this case is dismissed without prejudice. No party shall take anything from
3 this action.

5 **IT IS SO ORDERED.**

7 Dated: May 19, 2025

                                          MARK C. SCARSI
                                          UNITED STATES DISTRICT JUDGE